IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to February 14, 2003.

**2002–1627. State ex rel. Ignatious v. Indus. Comm.**

Franklin App. No. 01AP–982, 2002-Ohio-4014. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before December 26, 2002.

**2002–1647. Nyamusevya v. Dr. T.C. Hobbs & Assoc., Inc.**

Franklin App. No. 02AP–782. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On November 15, 2002, appellant filed a motion to strike and dismiss appellee's memorandum in response to jurisdiction. Whereas appellant's motion to strike is, in substance, a reply memorandum and S.Ct.Prac.R. III(3)(B) prohibits the filing of reply memorandum,

IT IS ORDERED by the court, sua sponte, that the motion to strike and dismiss be, and hereby is, stricken.

**2002–1831. State v. Kaplowitz.**

Lake App. No. 2001–L–025, 2002-Ohio-4217. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Lake County. Upon consideration of appellant's motion for stay of court of appeals' judgment.

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, granted.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**2002–0787. Winegar v. Greenfield Police Dept.**

Highland App. No. 00CA18, 2002-Ohio-2173. This cause is pending before the court as an appeal from the Court of Appeals for Highland County. It appears from the records of this court that appellant has not filed a merit brief, due November 5, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–0148. State ex rel. Devore Roofing & Painting v. Indus. Comm.**

Franklin App. No. 01AP–69.

[Cite as *11/22/2002 Case Announcements,* 2002-Ohio-6317.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*November 22, 2002*

## MISCELLANEOUS DISMISSALS

**2002–1503. State ex rel. Hayes v. Indus. Comm.**

Franklin App. No. 01AP–1087, 2002-Ohio-3675. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due November 6, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.